UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>D. ADAMS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-808-LJO-DLB-PC<br><br>**ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 30)** |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 12, 2009, Plaintiff filed an application to proceed in forma pauperis. (Doc. 30).

　　　Plaintiff is already proceeding in forma pauperis in this action. (Docs. 7, 8). Accordingly, Plaintiff latest application is DISREGARDED as unnecessary.


　　　IT IS SO ORDERED.

　　　**Dated: May 14, 2009**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1