UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>D. ADAMS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-808-LJO-DLB-PC<br><br>**ORDER VACATING CLERK'S JUDGMENT; ORDER REINSTATING ACTION**<br><br>**(Doc. 27)** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On March 14, 2008, the Magistrate Judge filed an order finding that Plaintiff stated cognizable claims under the Eighth Amendment against defendants Masiel, Flowerdew and Davis. (Doc. 12). Concurrently with the order, the Magistrate Judge filed a separate Findings and Recommendations recommending that defendants Adams and Tucker be dismissed from the action. (Doc. 13).

On June 20, 2008, this District Judge issued an order adopting the Findings and Recommendations, and dismissed the action against defendants Adams and Tucker. (Doc. 26). However, the case caption improperly states "ORDER DISMISSING ACTION". (Id.).

It appears that the case was then inadvertently dismissed in its entirety, judgment entered, and the action closed. (Doc. 27).

1

1     Pursuant to Rule 60(a), the Clerk's Judgment is HEREBY ORDERED VACATED and this action is HEREBY ORDERED reinstated. This action shall proceed on Plaintiff's Eighth Amendment claims against defendants Masiel, Flowerdew and Davis.

    IT IS SO ORDERED.

    Dated: **May 18, 2009**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE