# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | CASE NO. 1:07-cv-00808-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION WITHIN FIVE DAYS |
| v. | |
| DERRAL G. ADAMS, et al., | (Docs. 21 & 25) |
| Defendants. | |

Rafael Lopez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This is proceeding on Plaintiff's complaint, filed June 1, 2007, against defendants Masiel, Flowerdew, and Davis ("Defendants") for violation of Plaintiff's rights under the Eighth Amendment. On June 16, 2008, pursuant to the unenumerated portion of Rule 12(b), Defendants filed a motion to dismiss for failure to exhaust available administrative remedies.[1] (Doc. 25.)

On April 28, 2008, Plaintiff filed a document entitled "Amendments Motion for Judgement," discussing exhaustion of administrative remedies. (Doc. 21.) The Court shall treat Plaintiff's April 28, 2008 filing as an opposition to Defendants' motion to dismiss.

Accordingly, the Court HEREBY GRANTS Defendants leave to file a reply to Plaintiff's opposition within five days from the date of service of this order.

IT IS SO ORDERED.

Dated: __May 21, 2009__    _____/s/ Dennis L. Beck_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to clerical error, this action was closed on June 20, 2008. The Court reinstated this action on May 19, 2009.

1