# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>DERRAL G. ADAMS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-CV-00808-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(DOC. 44)<br><br>RESPONSE DUE WITHIN 21 DAYS |

Plaintiff Rafael Lopez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Davis, Masiel, and Flowerdew. On June 14, 2010, Defendants filed a motion for summary judgment. Doc. 44. As of the date of this order, Plaintiff has not filed an opposition or otherwise responded to Defendants' motion.

Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or other response to Defendants' motion within **twenty-one (21) days** from the date of service of this order. Failure to comply with this order in a timely manner will result in Plaintiff waiving any opportunity to file an opposition, and may result in dismissal of this action for failure to obey a court order. No extensions of time will be granted.

IT IS SO ORDERED.

Dated:   **December 7, 2010**          **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1