# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | CASE NO. 1:07-CV-00808-LJO-DLB PC |
| Plaintiff, | ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM |
| v. | |
| DERRAL G. ADAMS, et al., | FIFTEEN DAY DEADLINE |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel and in an action filed pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Davis, Masiel, and Flowerdew for violation of the Eighth Amendment.

The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the Court, but instead, delivered by mail, fax, email or personal delivery to the Court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential." Such statements shall be limited to five (5) pages and shall include the following:

1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

3) any additional information the court may find useful in determining whether to set this

1

1 matter for a settlement conference.

2 Should the Court determine this action to be appropriate for referral to the Prisoner
3 Settlement Program, the Court will set this matter for settlement conference before a magistrate
4 judge or district judge.

5 The Clerks Office is directed to send a copy of this order to:

6 ADR Division, Attention: Sujean Park
US District Court
7 501 I Street, Suite 4-200
Sacramento, CA 95814
8 Fax: (916) 491-3912
email: spark@caed.uscourts.gov

10 IT IS SO ORDERED.

11 **Dated:   March 21, 2011**              /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE