# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>ADAMS, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:07-CV-00808-LJO-DLB PC<br><br>ORDER REGARDING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>**Telephonic Trial Confirmation Hearing: June 22, 2011 at 9:00 a.m. in Courtroom 4 (LJO)** |

Because of a scheduling conflict, it is HEREBY ORDERED that the telephonic trial confirmation hearing, set for June 22, 2011 at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, is reset to **9:00 a.m.**  The date and location remain unchanged.

IT IS SO ORDERED.

Dated:   **June 20, 2011**                              /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE

1