# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL C. LOPEZ, | 1:07-cv-00808 LJO DLB (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RAFAEL C. LOPEZ,** |
| vs. | **CDC #D-00623, PLAINTIFF** |
| DAVIS, et al., | DATE: July 25, 2011<br>TIME: 8:30 a.m. |
| Defendants. | |

**RAFAEL C. LOPEZ**, inmate, CDC# D-00623, a necessary and material witness for himself in proceedings in this case on July 25, 2011, is confined at High Desert State Prison, P.O. Box 3030, Susanville, California 96127-3030, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on July 25, 2011, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison, 475-750 Rice Canyon Road, Susanville, CA 96127-0750** :

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated: __June 30, 2011__      _____/s/ Dennis L. Beck_____
                              UNITED STATES MAGISTRATE JUDGE