**FILED**

JUL 25 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | CASE NO. 1:07-cv-00808-LJO-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| DAVIS, et al., | |
| Defendants. | |

Jury trial in this matter commenced on July 25, 2011. Judgment was entered in this action pursuant to jury verdict on July 25, 2011.

Accordingly, Plaintiff Rafael Lopez, CDCR #D-00623, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: July 25, 2011                    _____
                                         LAWRENCE J. O'NEILL
                                         UNITED STATES DISTRICT JUDGE

1